THE BALLSTON REFRIGERATING STORAGE COMPANY, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

Reported below, 181 App. Div. 960.
(Argued September 30, 1918; decided October 8, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 31, 1917, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for an alleged breach of contract.

The motion was made upon the grounds that the exceptions were frivolous; that no question of law was raised, and that the appeal was taken solely for purposes of delay.

Frank H. Brown for motion.
H. Leroy Austin opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.